# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELIQUE D., by and through her Parent, Nancy Q., *et al.*<br>*Plaintiffs*<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF EDUCATION<br>*Defendant* | CIVIL ACTION<br><br>NO. 16-1179 |

# O R D E R

**AND NOW**, this 29th day of January 2018, upon consideration of Defendant's *motion for summary judgment*, [ECF 28], Plaintiffs' *motion for summary judgment*, [ECF 29], and all documents filed in connection therewith, [ECF 27, 32, 33, 34, 35, 36, 38, 39], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant's motion for summary judgment, [ECF 28], is **DENIED**.

2. Plaintiffs' motion for summary judgment, [ECF 29], is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Plaintiffs and against Defendant as to liability for attorneys' fees only.

4. Plaintiffs shall file a motion for an award of attorneys' fees in a specific amount on or before February 26, 2018. Defendant may file a response thereto by March 19, 2018.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*